HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JHOVANNY DELGADO-MARCELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JHOVANNY DELGADO-MARCELO,<br><br>Defendant. | Case No. 1:20-cr-00116-JLT-SKO-2<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
|---|---|

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jhovanny Delgado-Marcelo, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference set for September 8, 2025, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver. Mr. Delgado-Marcelo agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender Erin M. Snider, the same as if Mr. Delgado-Marcelo were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

Date: September 4, 2025                  */s/ Jhovanny Delgado-Marcelo*
                                         JHOVANNY DELGADO-MARCELO
                                         (Original on File)


                                         HEATHER E. WILLIAMS
                                         Federal Defender

Date: September 4, 2025                  */s/ Erin Snider*
                                         ERIN M. SNIDER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JHOVANNY DELGADO-MARCELO


**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference set for September 8, 2025, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.


IT IS SO ORDERED.

Dated:   **September 5, 2025**                            _____
                                                          UNITED STATES DISTRICT JUDGE